EXHIBIT 4

TO

PLAINTIFFS' MOTION TO STRIKE

AVRAM MACK, M.D.

(PARK DIETZ & ASSOCIATES INVOICES)

# PARK DIETZ & ASSOCIATES, INC.
Forensic Consultants in Medicine and the Behavioral Sciences

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email:
expertProjectsarkdietzassociates.com
Website: www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Psychology**
- **Forensic Social Work**
- **Forensic Science**
- **Criminology**
- **Security**

April 12, 2012

Lisa Raleigh, Esq.
Attorney General's Office
Complex Litigation
The Capitol, PL-01
Tallahassee, FL 32399

Re: Luis W. Lebron v. David E. Wilkins
    Contract #K02664
    AG No. L11-4-7501
Invoice No. 18879

For Professional Services and Expenses

| | |
|---|---|
| Previous Balance | $1,925.00 |
| Total Payments Received This Billing Period | ($1,925.00) |
| Fees and Expenses Incurred This Billing Period | $13,300.00 |
| Total Now Due and Payable | $13,300.00 |

Payable to: Park Dietz & Associates, Inc.
(Taxpayer I.D. #33-0690184)



EXHIBIT
9-Mack
5-24-12

For Professional Services and Expenses

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 3/6/2012 | AM | Telephone conference | | 0.25 | 87.50 |
| | AM | Literature review; report preparation | | 3.00 | 1,050.00 |
| 3/7/2012 | AM | Literature review; report preparation | | 1.00 | 350.00 |
| 3/8/2012 | AM | Literature review; report preparation | | 2.00 | 700.00 |
| 3/9/2012 | AM | Literature review; report preparation | | 2.00 | 700.00 |
| 3/10/2012 | AM | Literature review; report preparation | | 7.00 | 2,450.00 |
| 3/11/2012 | AM | Literature review; report preparation | | 5.00 | 1,750.00 |
| 3/12/2012 | AM | Literature review; report preparation | | 2.00 | 700.00 |
| 3/13/2012 | AM | Literature review; report preparation | | 3.00 | 1,050.00 |
| 3/14/2012 | AM | Literature review; report preparation | | 3.00 | 1,050.00 |
| 3/15/2012 | AM | Literature review; report preparation | | 4.00 | 1,400.00 |
| 3/16/2012 | AM | Literature review; report preparation | | 1.50 | 525.00 |
| 3/22/2012 | AM | Record review | | 1.00 | 350.00 |
| 3/24/2012 | AM | Record review | | 1.00 | 350.00 |
| 3/29/2012 | AM | Telephone conference | | 0.50 | 175.00 |
| | AM | Record review | | 1.00 | 350.00 |
| 3/30/2012 | AM | Telephone conference | | 0.25 | 87.50 |
| 3/31/2012 | AM | Telephone conference | | 0.50 | 175.00 |

| | | |
|---|---|---|
| For professional services rendered | 38.00 | $13,300.00 |
| Previous balance | | $1,925.00 |
| 4/2/2012 Credit for payment received from State of Florida | | ($1,925.00) |
| Total payments and adjustments | | ($1,925.00) |
| Balance due | | $13,300.00 |

Professional Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Avram Mack, MD | 38.00 | 350.00 | $13,300.00 |

Payable to: Park Dietz & Associates, Inc. (Taxpayer I.D. #33-0690184)

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Consultants in Medicine and the Behavioral Sciences

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email: expertProjectsarkdietzassociates.com
Website: www.parkdietzassociates.com

- Forensic Psychiatry
- Forensic Pathology
- Forensic Neurology
- Forensic Psychology
- Forensic Social Work

April 12, 2012

**PARK DIETZ & ASSOCIATES**

7450

| | | | |
|---|---|---|---|
| Avram H. Mack, M.D. | Fees - Lebron v. Wilkins (@ 250) | 5/2/2012 | 9,500.00 |
| First Republic | Fees - Lebron v. Wilkins | | 9,500.00 |
| | Total Payments Received This Billing Period | | ($1,925.00) |
| | Fees and Expenses Incurred This Billing Period | | $13,300.00 |
| | Total Now Due and Payable | | $13,300.00 |

Payable to: Park Dietz & Associates, Inc.
(Taxpayer I.D. #33-0690184)

# PD&A BILLABLE HOURS TIME SHEET

To be sure you get paid for your work, please send this sheet in monthly to: pdexpert@aol.com

Expert: _Mack_

| Case Name (i.e., Smith v. Jones) | Date of Activity | Activity (record review, telephone conference, etc.) | Hours (in .25) |
|---|---|---|---|
| Lebron | 2/13 | Tel Conf w/ M. Sevi | 0.25 |
| | 2/17 | Review Materials sent by Sevi | 2.00 |
| | 2/17 | Review Tel Conf w/ Sevi | 0.75 |
| | 2/25 | Literature review | 1.50 |
| | 2/26 | Literature review | 1.00 |
| | | Total | 5.50 |

# PD&A BILLABLE HOURS TIME SHEET

To be sure you get paid for your work, please send this sheet in monthly to:
pdexpert@aol.com

## Expert: Avram H. Mack, M.D.

| Case Name (i.e., Smith v. Jones) | Date of Activity | Activity (record review, telephone conference, etc.) | Hours (in .25) |
|---|---|---|---|
| Lebron | 3/6 | Telephone conference with MS, Esq | 0.25 |
| Lebron | 3/6 | Literature Review/Report Prep | 3 |
| Lebron | 3/7 | Literature Review/Report Prep | 1 |
| Lebron | 3/8 | Literature Review/Report Prep | 2 |
| Lebron | 3/9 | Literature Review/Report Prep | 2 |
| Lebron | 3/10 | Literature Review/Report Prep | 7 |
| Lebron | 3/11 | Literature Review/Report Prep | 5 |
| Lebron | 3/12 | Literature Review/Report Prep | 2 |
| Lebron | 3/13 | Literature Review/Report Prep | 3 |
| Lebron | 3/14 | Literature Review/Report Prep | 3 |
| Lebron | 3/15 | Literature Review/Report Prep | 4 |
| Lebron | 3/16 | Literature Review/Report Prep | 1.50 |
| Lebron | 3/22 | Review materials sent 3/22 | 1.0 |

| Lebron | 3/24 | Review materials sent 3/24 | 1 |
| Lebron | 3/29 | Discussion with MS, Esq | 0.5 |
| Lebron | 3/29 | Review materials sent 3/29 | 1 |
| Lebron | 3/30 | Discussion w AW, Esq | 0.25 |
| Lebron | 3/31 | Discussion w AW, Esq | 0.5 |

# PD&A BILLABLE HOURS TIME SHEET

To be sure you get paid for your work, please send this sheet in monthly to:
pdexpert@aol.com

## Expert: Avram H. Mack, M.D.

| Case Name (i.e., Smith v. Jones) | Date of Activity | Activity (record review, telephone conference, etc.) | Hours (in .25) |
|---|---|---|---|
| Lebron | 4/2 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 1.0 |
| Lebron | 4/5 | Literature Review/Report Prep | 1.0 |
| Lebron | 4/6 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 1.0 |
| Lebron | 4/7 | Literature Review/Report Prep | 4 |
| Lebron | 4/8 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 4 |
| Lebron | 4/9 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 1 |
| Lebron | 4/10 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 1 |
| Lebron | 4/11 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 1 |
| Lebron | 4/12 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 1 |
| Lebron | 4/13 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 1 |
| Lebron | 4/14 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 5 |
| Lebron | 4/15 | Literature Review/Report Prep/ | 5 |

|  |  | contacts with A Winsor, Esq |  |
|---|---|---|---|
| Lebron | 4/16 | Literature Review/Report Prep/ contacts with A Winsor, Esq | 5.50 |