UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 11-15258

District Court Docket No.
6:11-cv-01473-MSS-DAB

LUIS W. LEBRON,
Individually and as Class Representative,

Plaintiff - Appellee,

versus

SECRETARY, FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Defendant - Appellant.

Appeal from the United States District Court for the
Middle District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 26, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate:
May 7, 2013



# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __11-15258__

LUIS W. LEBRON _____ vs. SECRETARY, FLA. DEPT. OF CHILDREN & FAMILIES _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | | x | 71 | 1 | 13 | $180.00 | 180.00 |
| Reply Brief | | | | | | | |
| Appellee's Brief No. 2 | | x | 76 | 1 | 19 (add'l amici) | $216.60 | 216.60 |
| (Appellant's Initial Brief addressing both parties re-filed) | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $396.60 REQUESTED | $ 396.60 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __Maria Kayanan__   Date Signed: __March 12, 2013__

Attorney Name: __Maria Kayanan__   Attorney for: __Luis W. Lebron__
(Type or print your name)                    (Type or print name of client)

E-mail: __mkayanan@aclufl.org__   Phone: __786-363-4435__

Street Address/City/State/Zip: __ACLU of Florida, 4500 Biscayne Blvd. Suite 340, Miami, FL 33137__

---

FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$ 396.60__ against __appellant__

and are payable directly to __appellee__

John Ley, Clerk of Court

Issued on: __MAY 07 2013__   By: __Trina G. Portugay__ DATE: _____
                                     Deputy Clerk

BOC 3/13

# FedEx Office.

FedEx Office is your destination
for printing and shipping.

*Lebron v. Wilkins - printing and binding brief*

8603 S DIXIE HWY
Miami, FL 33143
Tel: (305) 667-5656

2/26/2012                 5:36:40 PM EST
Team Member: Tammy O.
Account #: XXXXXX0693-
Account: The American Civil Liberties Un

SALE
Tax Exempt

FS BW Spec Services      1 @  180.0000 E
  002417 Reg. Price    180.00


Regular Total          180.00
Discounts                0.00

Total                  180.00


Sub-Total              180.00
Tax                      0.00
Deposit                  0.00

Total                  180.00

AmEx (S)               180.00
  Account: 1217
  Auth: 561060 (A)

Total Tender           180.00
Change Due               0.00


Total Discounts   0.00

*0871005727 0*

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

May 07, 2013

For rules and forms visit
www.ca11.uscourts.gov

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 11-15258-DD
Case Style: Luis Lebron v. Secretary, Florida Department
District Court Docket No: 6:11-cv-01473-MSS-DAB

The enclosed judgment is hereby issued as the mandate of this court.

Enclosed is the Bill of Costs.

The record on appeal will be returned to you at a later date.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya Richardson/jsc
Phone #: (404) 335-6135

Enclosure(s)

MDT-1 Letter Issuing Mandate